

FILED & ENTERED

MAY 30 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Sam Usamah Khulusi,<br><br>Debtor(s), | Case No.: 2:22-bk-13980-VZ<br><br>Chapter: 11 |
| Abdallah Farrukh, Daad Farrukh, Bassam Omari, Kumaravel Perumalsamy, and Bassam Zahlan,<br><br>Plaintiff(s),<br><br>Vs.<br><br>Sam Usamah Khulusi<br><br>Defendant(s). | Adversary No.: 2:22-ap-01190-VZ<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION**<br><br><u>Hearing date and Time</u><br>Date:      May 29, 2025<br>Time:      11:00 AM<br>Location: Roybal Federal Building<br>              255 E. Temple St. Ctrm 1368<br>              Los Angeles, CA 90012 |

This Court conducted a hearing (the "Hearing") on the Motion for Summary Adjudication (Docket #100, the "Motion") filed by Defendant and Debtor herein, Sam Usamah Khulusi, on April 17, 2025 concurrently with Defendant's Statement of Uncontroverted Facts and Conclusions of Law (Docket #101, the "UFCL"), the Declaration of Defendant (Docket #102, the "S. K. Declaration") and the Declaration of J'aime Williams Kerper (Docket #103, the "Kerper Declaration"). Appearances were made as stated on the record of the Hearing.

- 1

On May 8, 2025, Plaintiffs Abdallah Farrukh, Daad Farrukh, Bassam Omari, Kumaravel Perumalsamy, and Bassam Zahlan filed an Opposition to the Motion (Docket # 108, the "Opposition") together with the Declaration of Ahmed Ibrahim (Docket #108-2), the Declaration of Dr. Abdallah Farrukh (Docket #108-3, the "A. F. Declaration"), and the Declaration of Daad Farrukh (Docket #108-4, the "D. F. Declaration"), and Plaintiffs' "Response to Statement of Uncontroverted Facts and Plaintiffs' Additional Material Facts" (Docket #108-1) which is divided into two sections, Plaintiffs' Response to Statement of Uncontroverted Facts (the "RSUF") and Plaintiffs' Additional Material Facts (the "PAMF"). On April 13, 2025, Plaintiffs separately filed the "Supplemental Declaration of Ahmed Ibrahim" (Docket #112) in support of their Opposition.

On May 15, 2025, Defendant filed his "Reply in Support of Motion for Summary Adjudication" ((Docket # 120, "Motion Reply") together with the "Supplemental Declaration of J'aime Williams Kerper" (the "Supplemental Kerper Declaration").  Also on May 15, 2025, Defendant separately filed, his "Reply to and Motion to Strike Plaintiffs' Response Re 'Statement of Uncontroverted Facts and Conclusions of Law'" (Docket #121) which is divided into two sections,  (the "RSUF Reply") and (the "Motion to Strike"), "Evidentiary Objections to Declaration of Dr. Abdallah Farrukh" (Docket #122), "Evidentiary Objections to Declaration of Daad Farrukh" (Docket #123), "Evidentiary Objections to Declaration of Ahmed Ibrahim" (Docket #124), and "Evidentiary Objections to Supplemental Declaration of Ahmed Ibrahim" (Docket #125).

On May 21, 2025, Plaintiffs filed their Notice of lodgment of Original and Copies of Highlighted Deposition Transcripts (Docket #130).

On May 22, 2025, Defendant filed his "Notice of Filing Highlighted Transcripts in Support of Motion for Summary Adjudication" (Docket #131). Also on May 22, 2025, Plaintiffs filed their Response to Motion to Strike Additional Material Facts (Docket #132, the "Reply Response") and their Responses to Defendant's Evidentiary Objections to the Declarations of Dr. Abdallah Farrukh, Daad Farrukh, Ahmed Ibrahim and Supplemental Declaration of Ahmed Ibrahim (Docket #s 133, 134, 135 and 136 respectively).

In Defendant's Motion, as Defendant makes clear in his Reply, Defendant seeks summary adjudication "solely as to the three alleged false oaths in the TAC related to the Mercedes, the Diamond Ring and the DOT, and not summary judgment as to the entire adversary case."

Having considered the documents and evidence filed in support of and in opposition to the Motion and the arguments made on the record of the Hearing, and based on the concurrently entered "Findings of Fact and Conclusions of Law in support of Order Denying Plaintiff's Motion for Summary Adjudication" and "Evidentiary Rulings in support of Order Denying Plaintiff's Motion for Summary Adjudication,"

**IT IS ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED** as to the omission of the Mercedes and the omission of the DOT from Item 18 of the SOFA; and,

2. The Motion is **DENIED** as to the omission of the Diamond Ring.

**IT IS FURTHER ORDERED** that in ruling on this Motion, the Court makes no other findings or conclusions as to any other alleged false statements or omissions which may form the basis of a claim under 11 U.S.C. § 727(a)(4).

###

Date: May 30, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

- 3